November 7, 1974.

M. P. No. 74-38. IRENE J. CRAUSMAN *v.* WILLIAM I. CRAUSMAN. Matter came on for hearing in accordance with the order entered on September 19, 1974, wherein petitioner was ordered to appear to show cause why petition should not be dismissed for lack of prosecution. Petitioner not appearing and no cause being shown, petition for Writ of Certiorari is dismissed. *Harold I. Kessler,* for plaintiff-respondent. *William I. Crausman,* defendant-petitioner, pro se.

C. A. No. 73-73. STATE *v.* RONALD J. HARRIS. Matter came on to be heard on a show cause order entered on September 18, 1974. Defendant not appearing and no cause being shown, the same is dismissed for failure to comply with Rule 16 of the rules of Supreme Court. *Richard J. Israel,* Attorney General, for plaintiff. *Benedetto A. Cerilli,* for defendant.

APPEAL No. 73-199. IN RE ESTATE OF HOWARD EVERETT TAYLOR. Probate appeal to the Superior Court contesting the, appointment of a Guardian for Howard Everett Taylor. The Superior Court sustained the appeal from the probate court and dismissed the Guardian. An appeal was duly taken from the judgment of the Superior Court. After briefs were filed and the case set down for oral argument, the attorney for appellants informed the court that Howard Everett Taylor was deceased.

Based on the present state of the record, appellants are ordered to file a memorandum within ten days of this order showing cause why the instant appeal should not be dismissed as being moot. Appellee will have ten days thereafter in which to file an answer. *Moses Kando, James Cardono,* for appellants. *Anthony T. Jackvony,* for appellees.